**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Travinia Italian Kitchen Holdings, Inc** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-1353701** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Greenville**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.traviniaitaliankitchen.com/** |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Travinia Italian Kitchen Holdings, Inc**          Case number (*if known*) _____
          Name

**7.** | **Describe debtor's business** | A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5511__

**8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

Debtor    **See Attachment** _____    Relationship _____

District _____ When _____ Case number, if known _____

Debtor   **Travinia Italian Kitchen Holdings, Inc**                                    Case number (*if known*) _____
Name

---

| 11. | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Travinia Italian Kitchen Holdings, Inc**                                    Case number (*if known*) _____
_____
Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2019**
                    MM / DD / YYYY

**X** **/s/ Mark Craig**                                    **Mark Craig**
_____                    _____
Signature of authorized representative of debtor            Printed name

Title    **CEO of Travinia Italian Kitchen
Holdings, Inc.**

---

**18. Signature of attorney**

**X** **/s/ Adam J. Floyd**                    Date    **March  6, 2019**
_____                            MM / DD / YYYY
Signature of attorney for debtor

**Adam J. Floyd**
_____
Printed name

**Beal, LLC**
_____
Firm name

**PO Box 11277
Columbia, SC 29211**
_____
Number, Street, City, State & ZIP Code

Contact phone    **803-728-0803**    Email address    **ccooper@bealllc.com**

**10749 SC**
_____
Bar number and State

Debtor    **Travinia Italian Kitchen Holdings, Inc**                                Case number (*if known*) _____
          Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA _____

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
   amended filing

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Travinia Italian Kitchen at Charlottesville, LLC** | | Relationship to you | | **Subsidiary / Affiliate** |
| District | **South Carolina** | When | **3/06/19** | Case number, if known | |
| Debtor | **Travinia Italian Kitchen at Leesburg, LLC** | | Relationship to you | | **Subsidiary / Affiliate** |
| District | **South Carolina** | When | **3/06/19** | Case number, if known | |
| Debtor | **Travinia Italian Kitchen at Morrisville** | | Relationship to you | | **Subsidiary/Affiliate** |
| District | **South Carolina** | When | **3/06/19** | Case number, if known | |
| Debtor | **Travinia Italian Kitchen at Richmond, LLC** | | Relationship to you | | **Subsidiary / Affiliate** |
| District | **South Carolina** | When | **3/06/19** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **Travinia Italian Kitchen Holdings, Inc**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

|  | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2019**            X **/s/ Mark Craig**
                                                  Signature of individual signing on behalf of debtor

                                              **Mark Craig**
                                              Printed name

                                              **CEO of Travinia Italian Kitchen Holdings, Inc.**
                                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Travinia Italian Kitchen Holdings, Inc**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $       **2,755,393.81**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $       **2,755,393.81**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **8,094.49**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$       **6,279,175.67**

4.   **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b    $       **6,287,270.16**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Travinia Italian Kitchen Holdings, Inc**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Branch Banking & Trust payroll** | checking | 2754 | $5,873.81 |
| 3.2. | **Branch Banking & Trust Operating** | checking | 7847 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                           | $5,873.81 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Travinia Italian Kitchen Holdings, Inc**                              Case number *(If known)* _____
          <span style="font-size:small">Name</span>

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                        % of ownership

| | Name of entity | % of ownership | | Current value |
|---|---|---|---|---|
| 15.1. | **Travinia Italian Kitchen at Charlottesville, LLC** | **100** | % | **Unknown** |
| 15.2. | **Travinia Italian Kitchen at Leesburg, LLC** | **100** | % | **Unknown** |
| 15.3. | **Travinia Italian Kitchen at Morrisville, LLC** | **100** | % | **$0.00** |
| 15.4. | **Travinia Italian Kitchen at Richmond, LLC** | **100** | % | **Unknown** |
| 15.5. | **Travinia Italian Kitchen at Asheville, LLC** | **100** | % | **$0.00** |
| 15.6. | **Travinia Italian Kitchen at Aiken, LLC** | **100** | % | **$0.00** |
| 15.7. | **Travinia Italian Kitchen at Destin, LLC** | **100** | % | **$0.00** |
| 15.8. | **Travinia Italian Kitchen at Lexington, LLC** | **100** | % | **$0.00** |
| 15.9. | **Travinia Italian Kitchen at Newport News, LLC** | **100** | % | **$0.00** |
| 15.10. | **Travinia Italian Kitchen at Woodbridge, LLC** | **100** | % | **$0.00** |
| 15.11. | **Travinia Italian Kitchen at Philadelphia, LLC** | **100** | % | **$0.00** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Travinia Italian Kitchen Holdings, Inc**                                 Case number *(If known)* _____
_____
Name

Describe:

17.    **Total of Part 4.**                                                                          | $0.00 |

Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2014 Chevy Cruz** | Unknown | Comparable sale | $4,896.00 |
| 47.2.  **2015 Chevy Sonic** | Unknown | Comparable sale | $4,066.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.    **Total of Part 8.**                                                                          | $8,962.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.**      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Lease Hold Interest** | **Unknown** | | **Unknown** |

**56.**     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

                   **$0.00**

**57.**     **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.**     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**    **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**    **Internet domain names and websites**<br>**TraviniaItalianKitchen.com** | **$0.00** | | **$0.00** |
| **62.**    **Licenses, franchises, and royalties** | | | |
| **63.**    **Customer lists, mailing lists, or other compilations** | | | |
| **64.**    **Other intangibles, or intellectual property** | | | |
| **65.**    **Goodwill** | | | |

**66.**     **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

                   **$0.00**

**67.**     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor    **Travinia Italian Kitchen Holdings, Inc**
          Name                                                    Case number *(If known)* _____

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **2017 NOL**                          Tax year **2017** | $2,740,558.00 |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $2,740,558.00 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Travinia Italian Kitchen Holdings, Inc**
_____
<span style="font-size:small">Name</span>

Case number *(If known)*   _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,873.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $8,962.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,740,558.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,755,393.81 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,755,393.81 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Travinia Italian Kitchen Holdings, Inc**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|
| **2.1  Wells Fargo**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2015 Chevy Sonic** | **$4,386.16** | **$4,066.00** |

**2.1  Wells Fargo**
Creditor's Name

**PO Box 29703**
**Phoenix, AZ 85038**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**6/24/2015**
Last 4 digits of account number
**5270**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2015 Chevy Sonic**

Describe the lien
**Vehicle**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim **$4,386.16**    Value of collateral **$4,066.00**

---

**2.2  Wells Fargo**
Creditor's Name

**PO Box 29703**
**Phoenix, AZ 85038**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**4/1/2015**
Last 4 digits of account number
**5270**

Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien
**2014 Chevy Cruz**

Describe the lien
**Vehicle**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim **$3,708.33**    Value of collateral **$4,896.00**

Debtor   **Travinia Italian Kitchen Holdings, Inc**                                          Case number (if know) _____
                   Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$8,094.49** |
|---|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Travinia Italian Kitchen Holdings, Inc**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 30384**<br>**Salt Lake City, UT 84130**<br><br>Date(s) debt was incurred  **2015**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit card purchases**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$28,000.00** |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Branch Banking & Trust**<br>**PO Box 58005**<br>**Charlotte, NC**<br><br>Date(s) debt was incurred  **7/25/2013**<br><br>Last 4 digits of account number  **0004** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Guaranty**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$174,886.50** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Charter**<br>**PO Box 742614**<br>**Cincinnati, OH 45274**<br><br>Date(s) debt was incurred  **January 2019**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Internet and Phone**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$300.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Federal Realty Investments**<br>**Po Box 8500**<br>**Philadelphia, PA 19178**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Guaranty**<br><br>Is the claim subject to offset? ☒ No ☐ Yes | **$39,330.56** |

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$614,037.34** |
|---|---|---|---|

**First Reliance**
**PO Box 6109**
**Florence, SC 29502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2015**

**Basis for the claim:  Guaranty**

Last 4 digits of account number  **5389**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260,712.00** |
|---|---|---|---|

**JBG Woodbridge**
**c/o Tennenbaum and Saas**
**4504 Walsh St., #200**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:  Guaranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Larry McKinny**
**5751 August Rd**
**Greenville, SC 29605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

**Basis for the claim:  Preferred Stockholder**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Laurens Electric**
**1201 E Butler Rd.**
**Greenville, SC 29607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2019**

**Basis for the claim:  Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Linzell Harris**
**472 Hallman Court**
**Downingtown, PA 19335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

**Basis for the claim:  Preferred Stockholder**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**MBS3 LLC**
**26 Sable Glen Dr**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

**Basis for the claim:  Preferred Stockholder**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$676,172.00** |
|---|---|---|---|

**NWFCU**
**2545 Centerville Road**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Guaranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,464.64** |
|---|---|---|---|

**OCT Stonefield Properties**
**240 Royal Palm Way #201**
**Palm Beach, FL 33480**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,892.23** |
|---|---|---|---|

**Reinhart TN**
**100 Buffalo Rd Extension**
**Johnson City, TN 37601**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **7245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,887.55** |
|---|---|---|---|

**Reinhart VA**
**1201 Progress Rd**
**Richmond, VA 23234**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **5478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,156.04** |
|---|---|---|---|

**Reinhart VA**
**1201 Progress Rd**
**Richmond, VA 23234**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **5847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,043.06** |
|---|---|---|---|

**Reinhart VA**
**1201 Progress Rd**
**Richmond, VA 23234**

Date(s) debt was incurred  **2018**

Last 4 digits of account number  **5848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,074.09** |
|---|---|---|---|

**Reinhart VA**
**1201 Progress Rd**
**Richmond, VA 23234**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **5849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**SCRP**
**1109 Medical Center Dr**
**Augusta, GA 30909**

Date(s) debt was incurred  **2011**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Preferred Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $72,000.00 |
|---|---|---|---|

**Store Master Funding**
**8377 E. Hartford**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Last 4 digits of account number **_**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $113,854.23 |
|---|---|---|---|

**Suntrust  Bank**
**PO Bank 79079**
**Baltimore, MD 21279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/24/2013**

Last 4 digits of account number **6739**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $43,175.00 |
|---|---|---|---|

**Sysco AL**
**2001 W Magnolia Ave**
**Geneva, AL 36340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **0534**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $52,839.50 |
|---|---|---|---|

**Sysco Food Services of Virginina, LLC**
**5081 South Valley Pike**
**Harrisonburg, VA 22801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **9957**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,628.16 |
|---|---|---|---|

**Sysco Food Services of Virginina, LLC**
**5081 South Valley Pike**
**Harrisonburg, VA 22801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **8682**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,133.93 |
|---|---|---|---|

**Sysco Food Services of Virginina, LLC**
**5081 South Valley Pike**
**Harrisonburg, VA 22801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **8080**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,063.24 |
|---|---|---|---|

**Sysco Food Services of Virginina, LLC**
**5081 South Valley Pike**
**Harrisonburg, VA 22801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **5534**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,145.78** |
| --- | --- | --- | --- |

**Sysco KY**
**7705 National Turn Pike**
**Louisville, KY 40214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **6823**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,794.91** |
| --- | --- | --- | --- |

**Sysco of Columbia**
**131 Sysco Ct**
**Columbia, SC 29209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **2685**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,377.57** |
| --- | --- | --- | --- |

**Sysco of Columbia**
**131 Sysco Ct**
**Columbia, SC 29209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **7005**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,911.00** |
| --- | --- | --- | --- |

**Sysco of Columbia**
**131 Sysco Ct**
**Columbia, SC 29209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **8204**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,444.34** |
| --- | --- | --- | --- |

**Sysco PA**
**600 Packer Ave**
**Philadelphia, PA 19148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **7528**

Basis for the claim:  **Guaranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
| --- | --- | --- | --- |

**TFK Developement Company Inc**
**12 Chancellors Park Court**
**Simpsonville, SC 29681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Last 4 digits of account number  _

Basis for the claim:  **Preferred Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
| --- | --- | --- | --- |

**Todd B. Kimmelman**
**19 Greenlee Hill Court**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Last 4 digits of account number  _

Basis for the claim:  **Preferred Stockholder**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Tommy Vlahos**
**1631 Coventry Rd**
**Myrtle Beach, SC 29575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Basis for the claim:  **Preferred Stockholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Internet and Phone**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$610,564.96** |
|---|---|---|---|

**West Town Bank & Trust**
**320 N Meridian**
**Ste 1011**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2014**

Basis for the claim:  **Guaranty**

Last 4 digits of account number  **1429**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$441,544.20** |
|---|---|---|---|

**West Town Bank & Trust**
**320 N Meridian**
**Ste 1011**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Guaranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$540,823.10** |
|---|---|---|---|

**West Town Bank & Trust**
**320 N Meridian**
**Ste 1011**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Guaranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**William Steen**
**26 Sable Glen Dr**
**Greenville, SC 29615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Basis for the claim:  **Preferred Stockholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**William Walker, Jr.**
**135 East Main Street**
**Lexington, SC 29071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2011**

Basis for the claim:  **Preferred Stockholder**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184,219.74 |

**Womble Carlyle Sandridge & Rice**
**550 S Main St**
**Suite 400**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015-present**

**Basis for the claim:**  **Legal**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts | |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | | 6,279,175.67 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | | 6,279,175.67 |

**Fill in this information to identify the case:**

Debtor name    **Travinia Italian Kitchen Holdings, Inc**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Real Estate lease** | |
| State the term remaining | **Merovan Center** |
| List the contract number of any government contract | **1200 Woodruff Rd**<br>**B-3**<br>**Greenville, SC 29607** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Travinia Italian Kitchen Holdings, Inc**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Mark Craig** | **100 Castellan Dr.**<br>**Greer, SC 29650** | **Store Master Funding** | ☐ D _____<br>■ E/F   **3.19**<br>☐ G _____ |
| 2.2 | **Mark Craig** | **100 Castellan Dr.**<br>**Greer, SC 29650** | **JBG Woodbridge** | ☐ D _____<br>■ E/F   **3.6**<br>☐ G _____ |
| 2.3 | **Mark Craig** | **100 Castellan Dr.**<br>**Greer, SC 29650** | **OCT Stonefield Properties** | ☐ D _____<br>■ E/F   **3.12**<br>☐ G _____ |
| 2.4 | **Mark Craig** | **100 Castellan Way**<br>**Greer, SC** | **Branch Banking & Trust** | ☐ D _____<br>■ E/F   **3.2**<br>☐ G _____ |
| 2.5 | **Mark Craig** | **100 Castellan Way**<br>**Greer, SC** | **First Reliance** | ☐ D _____<br>■ E/F   **3.5**<br>☐ G _____ |

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number *(if known)* | |
|---|---|---|---|

▐ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Mark Craig | 100 Castellan Way<br>Greer, SC | Suntrust  Bank | ☐ D _____<br>■ E/F    **3.20**<br>☐ G _____ |
| 2.7 | Mark Craig | 100 Castellan Way<br>Greer, SC | West Town Bank &<br>Trust | ☐ D _____<br>■ E/F    **3.35**<br>☐ G _____ |
| 2.8 | Mark Craig | 100 Castellan Way<br>Greer, SC | West Town Bank &<br>Trust | ☐ D _____<br>■ E/F    **3.36**<br>☐ G _____ |
| 2.9 | Mark Craig | 100 Castellan Way<br>Greer, SC | NWFCU | ☐ D _____<br>■ E/F    **3.11**<br>☐ G _____ |
| 2.10 | Mark Craig | 100 Castellan Way<br>Greer, SC | West Town Bank &<br>Trust | ☐ D _____<br>■ E/F    **3.37**<br>☐ G _____ |
| 2.11 | The Craig Group | 1200 Woodruff Rd<br>C-36<br>Greenville, SC 29607 | West Town Bank &<br>Trust | ☐ D _____<br>■ E/F    **3.35**<br>☐ G _____ |
| 2.12 | The Craig Group | 1200 Woodruff Rd<br>C-36<br>Greenville, SC 29607 | Branch Banking &<br>Trust | ☐ D _____<br>■ E/F    **3.2**<br>☐ G _____ |
| 2.13 | The Craig Group | 1200 Woodruff Rd<br>C-36<br>Greenville, SC 29607 | First Reliance | ☐ D _____<br>■ E/F    **3.5**<br>☐ G _____ |

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number *(if known)* | |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **The Craig Group** | **1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Suntrust  Bank** | ☐ D _____<br>■ E/F    **3.20**<br>☐ G _____ |
| 2.15 | **The Craig Group** | **1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **West Town Bank &**<br>**Trust** | ☐ D _____<br>■ E/F    **3.36**<br>☐ G _____ |
| 2.16 | **The Craig Group** | **1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **NWFCU** | ☐ D _____<br>■ E/F    **3.11**<br>☐ G _____ |
| 2.17 | **The Craig Group** | **1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **West Town Bank &**<br>**Trust** | ☐ D _____<br>■ E/F    **3.37**<br>☐ G _____ |
| 2.18 | **Travinia Italian Ki Charlottesville, LLC** | **1200 Woodruff Rd**<br>**C36**<br>**Greenville, SC 29607** | **West Town Bank &**<br>**Trust** | ☐ D _____<br>■ E/F    **3.35**<br>☐ G _____ |
| 2.19 | **Travinia Italian Ki Charlottesville, LLC** | **1200 Woodruff Rd**<br>**C36**<br>**Greenville, SC 29607** | **West Town Bank &**<br>**Trust** | ☐ D _____<br>■ E/F    **3.36**<br>☐ G _____ |
| 2.20 | **Travinia Italian Ki Charlottesville, LLC** | **1200 Woodruff Rd**<br>**C36**<br>**Greenville, SC 29607** | **NWFCU** | ☐ D _____<br>■ E/F    **3.11**<br>☐ G _____ |

Debtor    **Travinia Italian Kitchen Holdings, Inc**    Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.21 | **Travinia Italian Ki Charlottesville, LLC** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F **3.37** ☐ G _____ |
| 2.22 | **Travinia Italian Kitch Newport News, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F **3.36** ☐ G _____ |
| 2.23 | **Travinia Italian Kitch Newport News, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **NWFCU** | ☐ D _____ ■ E/F **3.11** ☐ G _____ |
| 2.24 | **Travinia Italian Kitch Newport News, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607 Note Holder** | **West Town Bank & Trust** | ☐ D _____ ■ E/F **3.37** ☐ G _____ |
| 2.25 | **Travinia Italian Kitche Morrisville, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Sysco of Columbia** | ☐ D _____ ■ E/F **3.29** ☐ G _____ |
| 2.26 | **Travinia Italian Kitchen Asheville, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Reinhart TN** | ☐ D _____ ■ E/F **3.13** ☐ G _____ |
| 2.27 | **Travinia Italian Kitchen Leesburg, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **OCT Stonefield Properties** | ☐ D _____ ■ E/F **3.12** ☐ G _____ |

Debtor   **Travinia Italian Kitchen Holdings, Inc**          Case number *(if known)* _____

---

▇   **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | |
|---|---|---|
| 2.28 | **Travinia Italian Kitchen Lexington, LLC** | 1200 Woodruff Rd C-36 Greenville, SC 29607 |

**Sysco KY**

☐ D _____
■ E/F __3.26__
☐ G _____

| | | |
|---|---|---|
| 2.29 | **Travinia Italian Kitchen Lexington, LLC** | 1200 Woodruff Rd C-36 Greenville, SC 29607 |

**Suntrust  Bank**

☐ D _____
■ E/F __3.20__
☐ G _____

| | | |
|---|---|---|
| 2.30 | **Travinia Italian Kitchen Lexington, LLC** | 1200 Woodruff Rd C-36 Greenville, SC 29607 Note Holder |

**NWFCU**

☐ D _____
■ E/F __3.11__
☐ G _____

| | | |
|---|---|---|
| 2.31 | **Travinia Italian Kitchen  Philly, LLC** | 1200 Woodruff Rd C-36 Greenville, SC 29607 |

**Sysco PA**

☐ D _____
■ E/F __3.30__
☐ G _____

| | | |
|---|---|---|
| 2.32 | **Travinia Italian Kitchen Richmond, LLC** | 1200 Woodruff Rd C-36 Greenville, SC 29607 |

**Federal Realty Investments**

☐ D _____
■ E/F __3.4__
☐ G _____

| | | |
|---|---|---|
| 2.33 | **Travinia Italian Kitchen Asheville, LLC** | 1200 Woodruff Rd C-36 Greenville, SC 29607 |

**OCT Stonefield Properties**

☐ D _____
■ E/F __3.12__
☐ G _____

| | | |
|---|---|---|
| 2.34 | **Travinia Italian Kitchen Asheville, LLC** | 1200 Woodruff Rd C-36 Greenville, SC 29607 |

**Sysco of Columbia**

☐ D _____
■ E/F __3.28__
☐ G _____

---

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.35 | **Travinia Italian Kitchen Asheville, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Sysco Food Services of Virginina, LLC** | ☐ D _____ ■ E/F  3.25 ☐ G _____ |
| 2.36 | **Travinia Italian Kitchen Asheville, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F  3.35 ☐ G _____ |
| 2.37 | **Travinia Italian Kitchen Asheville, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Branch Banking & Trust** | ☐ D _____ ■ E/F  3.2 ☐ G _____ |
| 2.38 | **Travinia Italian Kitchen Asheville, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Suntrust  Bank** | ☐ D _____ ■ E/F  3.20 ☐ G _____ |
| 2.39 | **Travinia Italian Kitchen Asheville, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F  3.36 ☐ G _____ |
| 2.40 | **Travinia Italian Kitchen Asheville, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **NWFCU** | ☐ D _____ ■ E/F  3.11 ☐ G _____ |
| 2.41 | **Travinia Italian Kitchen Asheville, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F  3.37 ☐ G _____ |

Debtor   **Travinia Italian Kitchen Holdings, Inc**                      Case number *(if known)* _____

| | | |
|---|---|---|
| ▮ | **Additional Page to List More Codebtors** | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.42 | **Travinia Italian Kitchen at Aiken, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Store Master Funding** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.43 | **Travinia Italian Kitchen at Aiken, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **OCT Stonefield Properties** | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.44 | **Travinia Italian Kitchen at Aiken, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Sysco of Columbia** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.45 | **Travinia Italian Kitchen at Aiken, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____<br>■ E/F ___3.35___<br>☐ G _____ |
| 2.46 | **Travinia Italian Kitchen at Aiken, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Branch Banking & Trust** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.47 | **Travinia Italian Kitchen at Aiken, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Suntrust  Bank** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.48 | **Travinia Italian Kitchen at Aiken, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____<br>■ E/F ___3.36___<br>☐ G _____ |

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | | Case number *(if known)* | |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.49 | **Travinia Italian Kitchen at Aiken, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **NWFCU** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.50 | **Travinia Italian Kitchen at Aiken, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____<br>■ E/F __3.37__<br>☐ G _____ |
| 2.51 | **Travinia Italian Kitchen at Destin, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Sysco AL** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.52 | **Travinia Italian Kitchen at Destin, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.53 | **Travinia Italian Kitchen at Destin, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Suntrust  Bank** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.54 | **Travinia Italian Kitchen at Destin, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607 Note Holder** | **West Town Bank & Trust** | ☐ D _____<br>■ E/F __3.36__<br>☐ G _____ |
| 2.55 | **Travinia Italian Kitchen at Destin, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **NWFCU** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

Debtor    **Travinia Italian Kitchen Holdings, Inc**                    Case number *(if known)* _____

███    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.56 | **Travinia Italian Kitchen at Destin, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F ___3.37___ ☐ G _____ |

| 2.57 | **Travinia Italian Kitchen at Leesburg, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **Reinhart VA** | ☐ D _____ ■ E/F ___3.14___ ☐ G _____ |

| 2.58 | **Travinia Italian Kitchen at Leesburg, LL** | **1200 Woodruff Rd C-36 Greenville, SC 29607 Note holder** | **First Reliance** | ☐ D _____ ■ E/F ___3.5___ ☐ G _____ |

| 2.59 | **Travinia Italian Kitchen at Leesburg, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F ___3.35___ ☐ G _____ |

| 2.60 | **Travinia Italian Kitchen at Leesburg, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **Branch Banking & Trust** | ☐ D _____ ■ E/F ___3.2___ ☐ G _____ |

| 2.61 | **Travinia Italian Kitchen at Leesburg, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **Suntrust  Bank** | ☐ D _____ ■ E/F ___3.20___ ☐ G _____ |

| 2.62 | **Travinia Italian Kitchen at Leesburg, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F ___3.36___ ☐ G _____ |

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number *(if known)* | |

---

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.63 | **Travinia Italian Kitchen at Leesburg, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **NWFCU** | ☐ D _____ ■ E/F **3.11** ☐ G _____ |
| 2.64 | **Travinia Italian Kitchen at Leesburg, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F **3.37** ☐ G _____ |
| 2.65 | **Travinia Italian Kitchen at Morrisville,** | **1200 Woodruff Rd C-36 Greenville, SC 29607 Note holder** | **Branch Banking & Trust** | ☐ D _____ ■ E/F **3.2** ☐ G _____ |
| 2.66 | **Travinia Italian Kitchen at Morrisville,** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F **3.35** ☐ G _____ |
| 2.67 | **Travinia Italian Kitchen at Morrisville,** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Suntrust  Bank** | ☐ D _____ ■ E/F **3.20** ☐ G _____ |
| 2.68 | **Travinia Italian Kitchen at Morrisville,** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D _____ ■ E/F **3.36** ☐ G _____ |
| 2.69 | **Travinia Italian Kitchen at Morrisville,** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **NWFCU** | ☐ D _____ ■ E/F **3.11** ☐ G _____ |

Debtor    **Travinia Italian Kitchen Holdings, Inc**                    Case number *(if known)* _____

---

■  **Additional Page to List More Codebtors**

| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | |
| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

| 2.70 | **Travinia Italian Kitchen at Morrisville,** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D ____  ■ E/F ___3.37___  ☐ G ____ |
| 2.71 | **Travinia Italian Kitchen at Richmond, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **Sysco Food Services of Virginina, LLC** | ☐ D ____  ■ E/F ___3.23___  ☐ G ____ |
| 2.72 | **Travinia Italian Kitchen at Richmond, LL** | **1200 Woodruff Rd C-36 Greenville, SC 29607 Note holder** | **West Town Bank & Trust** | ☐ D ____  ■ E/F ___3.35___  ☐ G ____ |
| 2.73 | **Travinia Italian Kitchen at Richmond, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D ____  ■ E/F ___3.36___  ☐ G ____ |
| 2.74 | **Travinia Italian Kitchen at Richmond, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **NWFCU** | ☐ D ____  ■ E/F ___3.11___  ☐ G ____ |
| 2.75 | **Travinia Italian Kitchen at Richmond, LL** | **1200 Woodruff Rd C36 Greenville, SC 29607** | **West Town Bank & Trust** | ☐ D ____  ■ E/F ___3.37___  ☐ G ____ |
| 2.76 | **Travinia Italian Kitchen Charlottesville** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **OCT Stonefield Properties** | ☐ D ____  ■ E/F ___3.12___  ☐ G ____ |

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | Case number *(if known)* | |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.77 | **Travinia Italian Kitchen Charlottesville** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Sysco Food Services of Virginia, LLC** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.78 | **Travinia Italian Kitchen Charlottesville** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Reinhart VA** | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.79 | **Travinia Italian Kitchen Charlottesville** | **1200 Woodruff Rd C-36 Greenville, SC 29607 Note holder** | **Suntrust  Bank** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.80 | **Travinia Italian Kitchen Leesburg, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Sysco Food Services of Virginia, LLC** | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.81 | **Travinia Italian Kitchen Myrtle Beach, L** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Suntrust  Bank** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.82 | **Travinia Italian Kitchen Newport News** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Reinhart VA** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.83 | **Travinia Italian Kitchen Richmond, LLC** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **Reinhart VA** | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |

| Debtor | **Travinia Italian Kitchen Holdings, Inc** | | Case number *(if known)* | |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.84  **Travinia Italian Kitchen Woodbridge, LLC**  |  **1200 Woodruff Rd C-36 Greenville, SC 29607**  |  **JBG Woodbridge**  |  ☐ D _____  ▮ E/F ___**3.6**___  ☐ G _____

2.85  **Travinia Italian Kitchen Woodbridge, LLC**  |  **1200 Woodruff Rd C-36 Greenville, SC 29607**  |  **OCT Stonefield Properties**  |  ☐ D _____  ▮ E/F ___**3.12**___  ☐ G _____

2.86  **Travinia Italian Kitchen Woodbridge, LLC**  |  **1200 Woodruff Rd C-36 Greenville, SC 29607**  |  **West Town Bank & Trust**  |  ☐ D _____  ▮ E/F ___**3.35**___  ☐ G _____

2.87  **Travinia Italian Kitchen Woodbridge, LLC**  |  **1200 Woodruff Rd C-36 Greenville, SC 29607**  |  **First Reliance**  |  ☐ D _____  ▮ E/F ___**3.5**___  ☐ G _____

2.88  **Travinia Italian Kitchen Woodbridge, LLC**  |  **1200 Woodruff Rd C-36 Greenville, SC 29607**  |  **West Town Bank & Trust**  |  ☐ D _____  ▮ E/F ___**3.36**___  ☐ G _____

2.89  **Travinia Italian Kitchen Woodbridge, LLC**  |  **1200 Woodruff Rd C-36 Greenville, SC 29607**  |  **NWFCU**  |  ☐ D _____  ▮ E/F ___**3.11**___  ☐ G _____

2.90  **Travinia Italian Kitchen Woodbridge, LLC**  |  **1200 Woodruff Rd C-36 Greenville, SC 29607**  |  **West Town Bank & Trust**  |  ☐ D _____  ▮ E/F ___**3.37**___  ☐ G _____

---

**Fill in this information to identify the case:**

Debtor name  **Travinia Italian Kitchen Holdings, Inc**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,185,398.89** |
| **For prior year:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$8,926,383.16** |
| **For year before that:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business ☐ Other _____ | **$10,851,167.57** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    **Travinia Italian Kitchen Holdings, Inc**                     Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Kevin Cox**<br>**201 Farmwood**<br>**Fountain Inn, SC 29644**<br>**VP Operations** | **1/6/18-prese<br>nt**<br>**6/28/2018**<br>**10/25/2018** | **$74,394.09** | **Salary 72,531.02<br>travel reimbursement 1381.00<br>travel reimbursement 481.96** |
| 4.2. **Jenny Aponte**<br>**105 Foxbriar Court**<br>**Simpsonville, SC 29681**<br>**Controller** | **1/6/2018-pres<br>ent** | **$53,231.24** | **Salary** |
| 4.3. **Lisa Gonzalez**<br>**110 Foxbriar Court**<br>**Simpsonville, SC 29681**<br>**Bookkeeper** | **1/6/2018-pres<br>ent**<br>**11/30/2018**<br>**12/14/2018** | **$23,762.55** | **Salary 23669.08<br>Supplies reimbursement 87.86<br>travel reimbursement 561.00** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Travinia Italian Kitchen Holdings, Inc**                    Case number *(if known)* _____

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Arizona's Childrens Charities**<br>**PO Box 529**<br>**Mauldin, SC** | **cash** | **12/21/17** | **$1,000.00** |
| | **Recipients relationship to debtor**<br>**Charity CEO supports** | | | |

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Beal, LLC**<br>**PO Box 11277**<br>**Columbia, SC 29211** | | **1/17/19** | **$250.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Mark Craig** | | | |
| 11.2. | **Beal, LLC**<br>**PO Box 11277**<br>**Columbia, SC 29211** | | **2/22/19** | **$115.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Travinia Italian Kitchen at Leesburg, LLC** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Travinia Italian Kitchen Holdings, Inc**                                 Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Beal, LLC**<br>**PO Box 11277**<br>**Columbia, SC 29211** | | **2/22/19** | **$115.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Travinia Italian Kitchen at Charlottesville, LLC** | | | |
| 11.4. | **Beal, LLC**<br>**PO Box 11277**<br>**Columbia, SC 29211** | | **2/22/19** | **$115.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Travinia Italian Kitchen at Richmond, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **Travinia Italian Kitchen Holdings, Inc**                    Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

Debtor    **Travinia Italian Kitchen Holdings, Inc**                                    Case number *(if known)* _____

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25.    **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Travinia Italian Kitchen at Aiken, LLC**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Restaurant** | EIN:    **262364877**<br><br>From-To    **4/2009-12/2016** |
| 25.2.    **Travinia Italian Kitchen Asheville, LLC**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Restaurant** | EIN:    **264790109**<br><br>From-To    **9/2009-2/2019** |

Debtor    __Travinia Italian Kitchen Holdings, Inc_____    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

| | Business name address | Describe the nature of the business | | |
|---|---|---|---|---|
| 25.3. | **Travinia Italian Ki Charlottesville, LLC**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Restaurant** | **EIN:** | **900889933** |
| | | | **From-To** | **3/2013-present** |
| 25.4. | **Travinia Italian Kitchen at Destin, LLC**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Restaurant** | **EIN:** | **800871784** |
| | | | **From-To** | **7/2013-12/2016** |
| 25.5. | **Travinia Italian Kitchen Lexington, LLC**<br>**1200 Woodruff Rd**<br>**Greenville, SC 29607** | **Restaurant** | **EIN:** | **352509339** |
| | | | **From-To** | **4/2015-11/2016** |
| 25.6. | **Travinia Italian Kitchen at Leesburg, LL**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Restaurant** | **EIN:** | **272238914** |
| | | | **From-To** | **3/2003-present** |
| 25.7. | **Travinia Italian Kitchen at Morrisville,**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Restaurant** | **EIN:** | **453915954** |
| | | | **From-To** | **5/2012-present** |
| 25.8. | **Travinia Italian Kitch Newport News, LLC**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Restaurant** | **EIN:** | **611731575** |
| | | | **From-To** | **10/2014-6/2018** |
| 25.9. | **Travinia Italian Kitchen at Richmond, LL**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Restaurant** | **EIN:** | **901027297** |
| | | | **From-To** | **8/2014-present** |
| 25.10. | **Travinia Italian Kitchen Woodbridge, LLC**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Restaurant** | **EIN:** | **455259945** |
| | | | **From-To** | **12/2016-3/2017** |
| 25.11. | **Travinia Italian Kitch Philadelphia, LLC**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **Restaurant** | **EIN:** | |
| | | | **From-To** | **11/2015-10/2016** |

| Debtor | Travinia Italian Kitchen Holdings, Inc | Case number *(if known)* | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Jenny Aponte**<br>**105 Foxbriar Court**<br>**Simpsonville, SC 29681** | **2011-present** |
| 26a.2.  **Lisa Gonzalez**<br>**110 Foxbriar Court**<br>**Simpsonville, SC 29681** | **2016-present** |
| 26a.3.  **Scott and Company**<br>**PO Box 8388**<br>**Columbia, SC 29202** | **2014-present** |
| 26a.4.  **Stacy Knight**<br>**PO Box 529**<br>**Mauldin, SC 29662** | **2011-present** |
| 26a.5.  **Don Mark Cochran**<br>**PO 529**<br>**Mauldin, SC 29662** | **2011-present** |
| 26a.6.  **Mark Craig**<br>**100 Castellan Dr.**<br>**Greer, SC 29650** | **2011-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.  **West Town Bank & Trust**<br>**320 N Meridian**<br>**Ste 1011**<br>**Indianapolis, IN 46204** | |
| 26d.2.  **First Reliance**<br>**150 Highway 14**<br>**Simpsonville, SC 29681** | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **Travinia Italian Kitchen Holdings, Inc**    Case number *(if known)* _____

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Craig** | **1200 Woodruff Rd C-36 Greenville, SC 29607** | **CEO/Board/Common stockholder** | **59.61%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Kevin Cox** | **201 Farmwood Fountain Inn, SC 29644** | **Board/Common Stockholder** | **17.79%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Chris Hill** | **6 Apple Jack Ln Taylors, SC 29687** | **Common Stockholder** | **10.87%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Leslie Miller** | **2209 Hidden Ridge Circle Birmingham, AL 35243** | **Common Stockholder** | **7.41%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **J. Metz Looper** | **5 Saluda Lake Circle Greenville, SC 29611** | **Common Stockholder** | **2.47%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **GAP Creek Holdings, LLC** | **PO 1415 Easley, SC 29641** | **Common Stockholder** | **1.5%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Tigre Holdings, LLC** | **PO Box 3634 Greenville, SC 29608** | **Common Stockholder** | **.154%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **MBS3 LLC** | **26 Sable Glen Dr Greenville, SC 29615** | **preferred stockholder** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **William Steen** | **26 Sable Glen Dr Greenville, SC 29615** | **preferred stockholder** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **TFK Developement Company Inc** | **12 Chancellors Park Court Simpsonville, SC 29681** | **preferred stockholder** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Todd B. Kimmelman** | **19 Greenlee Hill Court Greenville, SC 29615** | **preferred stockholder** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Travinia Italian Kitchen Holdings, Inc**    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William Walker, Jr. | 135 East Main Street Lexington, SC 29071 | preferred stockholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SCRP | 1109 Medical Center Dr Augusta, GA 30909 | preferred stockholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tommy Vlahos | 1631 Coventry Rd Myrtle Beach, SC 29575 | preferred stockholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Linzell Harris | 472 Hallman Court Downingtown, PA 19335 | preferred stockholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Larry McKinny | 5751 August Rd Greenville, SC 29605 | Board/ preferred stockholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jenny Aponte | 105 Foxbriar Court Simpsonville, SC 29681 | Controller | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Kevin Cox** 201 Farmwood Fountain Inn, SC 29644 | **Salary - $71450.52 Travel Reimbursement - $1381.11 Travel Reimbursement - $481.96** | 1/6/18-present 6/28/18 10/25/18 | **Salary and travel reimbursement** |
| | **Relationship to debtor** **VP of Operations** | | | |

Debtor   **Travinia Italian Kitchen Holdings, Inc**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Lisa Gonzalez**<br>**110 Foxbriar Court**<br>**Simpsonville, SC 29681** | **Salary - $30681.50**<br>**Supplies Reimbursement - $87.86**<br>**Travel Reimbursement - $561.00** | **1/6/18 - present**<br>**11/30/18**<br>**12/14/18** | **Salary, supplies and travel reimbursement** |
| | Relationship to debtor<br>**Bookkeeper** | | | |
| 30.3. | **Jenny Aponte**<br>**105 Foxbriar Court**<br>**Simpsonville, SC 29681** | **Salary - $59986.40** | **1/6/2018-present** | **Salary** |
| | Relationship to debtor<br>**Controller** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Travinia Italian Kitchen Holdings, LLC**<br>**1200 Woodruff Rd**<br>**C-36**<br>**Greenville, SC 29607** | **EIN:    451353701** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2019** _____

**/s/ Mark Craig** _____                    **Mark Craig** _____
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **CEO of Travinia Italian Kitchen Holdings, Inc.** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re **Travinia Italian Kitchen Holdings, Inc**
Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
   compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
   be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 345.00 |
   | Prior to the filing of this statement I have received | $ 345.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):    **Travinia Italian Kitchen at Charlottesville, LLC**
   **Travinia Italian Kitchen at Leesburg, LLC**
   **Travinia Italian Kitchen at Richmond, LLC**

3. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify):    **No further compensation is required**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
   copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of**
      **reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC**
      **522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or**
   **any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March  6, 2019**
*Date*

**/s/ Adam J. Floyd**
**Adam J. Floyd**
*Signature of Attorney*
**Beal, LLC**
**PO Box 11277**
**Columbia, SC 29211**
**803-728-0803**
**ccooper@bealllc.com**
*Name of law firm*

---

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re    **Travinia Italian Kitchen Holdings, Inc**

Debtor(s)

Case No.
Chapter    **7**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    __X__ electronic version filed via CM/ECF

Date:    **March  6, 2019**

**/s/ Mark Craig**
**Mark Craig/CEO of Travinia Italian Kitchen Holdings, Inc.**
Signer/Title

Date:    **March  6, 2019**

**/s/ Adam J. Floyd**
Signature of Attorney
**Adam J. Floyd**
**Beal, LLC**
**PO Box 11277**
**Columbia, SC 29211**
**803-728-0803**
Typed/Printed Name/Address/Telephone

**10749 SC**
District Court I.D. Number

AMERICAN EXPRESS
PO BOX 30384
SALT LAKE CITY UT 84130


BRANCH BANKING & TRUST
PO BOX 58005
CHARLOTTE NC


CHARTER
PO BOX 742614
CINCINNATI OH 45274


FEDERAL REALTY INVESTMENTS
PO BOX 8500
PHILADELPHIA PA 19178


FIRST RELIANCE
PO BOX 6109
FLORENCE SC 29502


JBG WOODBRIDGE
C/O TENNENBAUM AND SAAS
4504 WALSH ST., #200
CHEVY CHASE MD 20815


LARRY MCKINNY
5751 AUGUST RD
GREENVILLE SC 29605


LAURENS ELECTRIC
1201 E BUTLER RD.
GREENVILLE SC 29607


LINZELL HARRIS
472 HALLMAN COURT
DOWNINGTOWN PA 19335


MARK CRAIG
100 CASTELLAN DR.
GREER SC 29650


MARK CRAIG
100 CASTELLAN WAY
GREER SC

MBS3 LLC
26 SABLE GLEN DR
GREENVILLE SC 29615


MEROVAN CENTER
1200 WOODRUFF RD
B-3
GREENVILLE SC 29607


NWFCU
2545 CENTERVILLE ROAD
HERNDON VA 20171


OCT STONEFIELD PROPERTIES
240 ROYAL PALM WAY #201
PALM BEACH FL 33480


REINHART TN
100 BUFFALO RD EXTENSION
JOHNSON CITY TN 37601


REINHART VA
1201 PROGRESS RD
RICHMOND VA 23234


SCRP
1109 MEDICAL CENTER DR
AUGUSTA GA 30909


STORE MASTER FUNDING
8377 E. HARTFORD
SCOTTSDALE AZ 85255


SUNTRUST  BANK
PO BANK 79079
BALTIMORE MD 21279


SYSCO AL
2001 W MAGNOLIA AVE
GENEVA AL 36340


SYSCO FOOD SERVICES OF VIRGININA, LLC
5081 SOUTH VALLEY PIKE
HARRISONBURG VA 22801

```
SYSCO KY
7705 NATIONAL TURN PIKE
LOUISVILLE KY 40214


SYSCO OF COLUMBIA
131 SYSCO CT
COLUMBIA SC 29209


SYSCO PA
600 PACKER AVE
PHILADELPHIA PA 19148


TFK DEVELOPEMENT COMPANY INC
12 CHANCELLORS PARK COURT
SIMPSONVILLE SC 29681


THE CRAIG GROUP
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TODD B. KIMMELMAN
19 GREENLEE HILL COURT
GREENVILLE SC 29615


TOMMY VLAHOS
1631 COVENTRY RD
MYRTLE BEACH SC 29575


TRAVINIA ITALIAN KI CHARLOTTESVILLE, LLC
1200 WOODRUFF RD
C36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCH NEWPORT NEWS, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHE MORRISVILLE, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607
```

TRAVINIA ITALIAN KITCHEN  ASHEVILLE, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN  LEESBURG, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN  LEXINGTON, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN  PHILLY, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN  RICHMOND, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN ASHEVILLE, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN AT AIKEN, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN AT DESTIN, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN AT LEESBURG, LL
1200 WOODRUFF RD
C36
GREENVILLE SC 29607

```
TRAVINIA ITALIAN KITCHEN AT LEESBURG, LL
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN AT MORRISVILLE,
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN AT RICHMOND, LL
1200 WOODRUFF RD
C36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN AT RICHMOND, LL
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN CHARLOTTESVILLE
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN LEESBURG, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN MYRTLE BEACH, L
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN NEWPORT NEWS
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


TRAVINIA ITALIAN KITCHEN RICHMOND, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607
```

TRAVINIA ITALIAN KITCHEN WOODBRIDGE, LLC
1200 WOODRUFF RD
C-36
GREENVILLE SC 29607


VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266


WELLS FARGO
PO BOX 29703
PHOENIX AZ 85038


WEST TOWN BANK & TRUST
320 N MERIDIAN
STE 1011
INDIANAPOLIS IN 46204


WILLIAM STEEN
26 SABLE GLEN DR
GREENVILLE SC 29615


WILLIAM WALKER, JR.
135 EAST MAIN STREET
LEXINGTON SC 29071


WOMBLE CARLYLE SANDRIDGE & RICE
550 S MAIN ST
SUITE 400
GREENVILLE SC 29601

# United States Bankruptcy Court
### District of South Carolina

In re   **Travinia Italian Kitchen Holdings, Inc** _____

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Travinia Italian Kitchen Holdings, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Chris Hill
6 Apple Jack Ln
Taylors, SC 29687**

**Kevin Cox
201 Farmwood
Fountain Inn, SC 29644**

**Mark Craig
100 Castellan Way
Greer, SC**

☐ None [*Check if applicable*]

**March  6, 2019** _____

Date

**/s/ Adam J. Floyd** _____

**Adam J. Floyd**

Signature of Attorney or Litigant

Counsel for   **Travinia Italian Kitchen Holdings, Inc** _____

**Beal, LLC
PO Box 11277
Columbia, SC 29211
803-728-0803
ccooper@bealllc.com**