# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–7 | User: richardso | Date Created: 3/15/2019 |
| Case: 19–01324–hb | Form ID: 159BNC | Total: 63 |

**Recipients of Notice of Electronic Filing:**
ust    US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
tr    John K Fort    trustee863@gmail.com
aty    Adam J. Floyd    afloyd@beallc.com
aty    Robert C. Byrd    bobbybyrd@parkerpoe.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Travinia Italian Kitchen Holdings, Inc    1200 Woodruff Rd    C–36    Greenville, SC 29607
cr    SunTrust Bank    Parker Poe Adams & Bernstein LLP    c/o Robert C. Byrd    200 Meeting Street, Suite 301    Charleston, SC 29401
543597957    American Express    PO Box 30384    Salt Lake City UT 84130
543597958    Branch Banking & Trust    PO Box 58005    Charlotte NC
543597959    Charter    PO Box 742614    Cincinnati OH 45274
543597960    Federal Realty Investments    Po Box 8500    Philadelphia PA 19178
543597961    First Reliance    PO Box 6109    Florence SC 29502
543597962    JBG Woodbridge    c/o Tennenbaum and Saas    4504 Walsh St., #200    Chevy Chase MD 20815
543597963    Larry McKinny    5751 August Rd    Greenville SC 29605
543597964    Laurens Electric    1201 E Butler Rd.    Greenville SC 29607
543597965    Linzell Harris    472 Hallman Court    Downingtown PA 19335
543597968    MBS3 LLC    26 Sable Glen Dr    Greenville SC 29615
543597966    Mark Craig    100 Castellan Dr.    Greer SC 29650
543597967    Mark Craig    100 Castellan Way    Greer SC
543597969    Merovan Center    1200 Woodruff Rd    B–3    Greenville SC 29607
543597970    NWFCU    2545 Centerville Road    Herndon VA 20171
543597971    OCT Stonefield Properties    240 Royal Palm Way #201    Palm Beach FL 33480
543597972    Reinhart TN    100 Buffalo Rd Extension    Johnson City TN 37601
543597973    Reinhart VA    1201 Progress Rd    Richmond VA 23234
543597974    SCRP    1109 Medical Center Dr    Augusta GA 30909
543597975    Store Master Funding    8377 E. Hartford    Scottsdale AZ 85255
543597976    Suntrust Bank    PO Bank 79079    Baltimore MD 21279
543597977    Sysco AL    2001 W Magnolia Ave    Geneva AL 36340
543597978    Sysco Food Services of Virginina, LLC    5081 South Valley Pike    Harrisonburg VA 22801
543597979    Sysco KY    7705 National Turn Pike    Louisville KY 40214
543597981    Sysco PA    600 Packer Ave    Philadelphia PA 19148
543597980    Sysco of Columbia    131 Sysco Ct    Columbia SC 29209
543597982    TFK Developement Company Inc    12 Chancellors Park Court    Simpsonville SC 29681
543597983    The Craig Group    1200 Woodruff Rd    C–36    Greenville SC 29607
543597984    Todd B. Kimmelman    19 Greenlee Hill Court    Greenville SC 29615
543597985    Tommy Vlahos    1631 Coventry Rd    Myrtle Beach SC 29575
543597986    Travinia Italian Ki Charlottesville, LLC    1200 Woodruff Rd    C36    Greenville SC 29607
543597987    Travinia Italian Kitch Newport News, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543597988    Travinia Italian Kitche Morrisville, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543597989    Travinia Italian Kitchen Asheville, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543597990    Travinia Italian Kitchen Leesburg, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543597991    Travinia Italian Kitchen Lexington, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543597992    Travinia Italian Kitchen Philly, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543597993    Travinia Italian Kitchen Richmond, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543597994    Travinia Italian Kitchen Asheville, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543598002    Travinia Italian Kitchen Charlottesville    1200 Woodruff Rd    C–36    Greenville SC 29607
543598003    Travinia Italian Kitchen Leesburg, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543598004    Travinia Italian Kitchen Myrtle Beach, L    1200 Woodruff Rd    C–36    Greenville SC 29607
543598005    Travinia Italian Kitchen Newport News    1200 Woodruff Rd    C–36    Greenville SC 29607
543598006    Travinia Italian Kitchen Richmond, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543598007    Travinia Italian Kitchen Woodbridge, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543597995    Travinia Italian Kitchen at Aiken, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543597996    Travinia Italian Kitchen at Destin, LLC    1200 Woodruff Rd    C–36    Greenville SC 29607
543597998    Travinia Italian Kitchen at Leesburg, LL    1200 Woodruff Rd    C–36    Greenville SC 29607
543597997    Travinia Italian Kitchen at Leesburg, LL    1200 Woodruff Rd    C36    Greenville SC 29607
543597999    Travinia Italian Kitchen at Morrisville,    1200 Woodruff Rd    C–36    Greenville SC 29607
543598001    Travinia Italian Kitchen at Richmond, LL    1200 Woodruff Rd    C–36    Greenville SC 29607
543598000    Travinia Italian Kitchen at Richmond, LL    1200 Woodruff Rd    C36    Greenville SC 29607
543598008    Verizon Wireless    PO Box 660108    Dallas TX 75266
543598009    Wells Fargo    PO Box 29703    Phoenix AZ 85038
543598010    West Town Bank & Trust    320 N Meridian    Ste 1011    Indianapolis IN 46204
543598011    William Steen    26 Sable Glen Dr    Greenville SC 29615
543598012    William Walker, Jr.    135 East Main Street    Lexington SC 29071
543598013    Womble Carlyle Sandridge & Rice    550 S Main St    Suite 400    Greenville SC 29601

TOTAL: 59